United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 22, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-51372

_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

   v.

RICHARD KEITH ESSER

                    Defendant - Appellant

----------------------
Appeal from the United States District Court
for the Western District of Texas
(04-CR-386)
----------------------

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:*

     IT IS ORDERED that Appellee's motion to vacate sentence is granted.


     IT IS FURTHER ORDERED that Appellee's motion to remand case to District Court for resentencing in light of the Supreme Court's recent opinion in Booker and this Court's opinion in Mares is granted.

_____

     * Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

IT IS FURTHER ORDERED that Appellee's alternative motion to extend time to file Appellee's brief fourteen (14) days after the denial of the Appellee's motion to vacate and remand is denied as unnecessary.